UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.180.37.40,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-00621-TLN-CKD<br><br>Judge Troy L. Nunley<br><br>[PROPOSED] ORDER RE FILING OF DEFAULT PAPERS |

　　Having reviewed the Status Report filed on August 29, 2022 by Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), the Court hereby orders as follows:

　　In any Request for Entry of Default, Plaintiff shall file a redacted version that redacts any information that may identify the Defendant on the public docket and Plaintiff shall file an unredacted version under seal. In addition, in any Default Judgment papers, Plaintiff shall file a redacted version that redacts any information that may identify the Defendant on the public docket and Plaintiff shall file an unredacted version under seal.

　　**IT IS SO ORDERED**.

Dated:  September 6, 2022
8.stri0621.redact

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1